SO ORDERED: April 10, 2020.


_____
**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:         LARRY W. HAWES

DEBTOR(S)                                   CASE NO: 19-91772-AKM-13

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #15

The Chapter 13 Trustee, Joseph M. Black, Jr. ("Trustee"), filed on March 4, 2020 his Objection to the Claim of Wilmington Savings Fund which was filed on January 23, 2020 in the amount of $22,567.30. After notice and opportunity, there was no response filed.

The Court, after reviewing the Trustee's Objection, HEREBY sustains his Objection and approves the Trustee's proposed treatment that the claim be treated as ABANDONED, allowing creditor time to file an amended claim for the unsecured deficiency balance, if any.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Trustee's Objection is **SUSTAINED** and it is further ORDERED that the Claim of Wilmington Savings Fund in the amount of $22,567.30 shall be **ABANDONED,** allowing creditor time to file an amended claim for the unsecured deficiency balance, if any.

The Office of the Chapter 13 Trustee will distribute this order.

###

JMB